**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-1649**

_____

MICHAEL R. FULLER; NANCY J. HALSTEAD,

Plaintiffs - Appellants,

versus

COMMONWEALTH OF VIRGINIA,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Chief District Judge. (CA-96-611-A)

_____

Submitted: September 20, 1996      Decided: October 3, 1996

_____

Before NIEMEYER, HAMILTON, and MOTZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael R. Fuller, Nancy J. Halstead, Appellants Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal from the district court's order denying their request for an emergency restraining order and for records. We have reviewed the record and the district court's opinion and find no reversible error. See Younger v. Harris, 401 U.S. 37 (1971). Accordingly, we affirm on the reasoning of the district court. Fuller v. Virginia, No. CA-96-611-A (E.D. Va. May 9, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED